## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 03, 2026

Ms. LeAnna Wilson
Eastern District of Tennessee at Chattanooga
900 Georgia Avenue
Room 309
Chattanooga, TN 37402

        Re:    Case No. 25-5430, *David Tulis v. Brandon Bennett, et al*
                  Originating Case No. 1:24-cv-00368

Dear Ms. Wilson,

  Enclosed is a copy of the mandate filed in this case.

                                                 Sincerely yours,

                                                 s/Kelly Stephens
                                                 Appeal Case Manager: Joshua

cc: Ms. Sharon McMullan Milling
    Mr. David Jonathan Tulis

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 25-5430

_____

Filed: February 03, 2026

DAVID JONATHAN TULIS

    Plaintiff - Appellant

v.

BRANDON BENNETT, In his personal capacity; AUSTIN GARRETT, In his personal capacity; HAMILTON COUNTY, TN GOVERNMENT

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 01/09/2026 the mandate for this case hereby issues today.

COSTS: None